UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

Civil DIVISION

Sheri L. Washington

United States Courts
Southern District of Texas
FILED

AUG 17 2021

Nathan Ochsner, Clerk of Court

versus                                      CIVIL ACTION NO. _____

Hewlett Packard Enterprise

_____

EMPLOYMENT DISCRIMINATION COMPLAINT

1. This action is brought under Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is conferred by Title 42 United States Code, Section § 2000e-5.

2. The Plaintiff is: Sheri L. Washington

Address: 139 Cypresswood Dr. #133, Spring, TX 77388

County of Residence: Harris

3. The defendant #1 is: Hewlett Packard Enterprise

Address: 11445 Compaq Center West, Houston, TX 77070

Additional defendent: TEKsystems
Address: 2500 CityWest Blvd. #1750, Houston, TX 77042

4. The plaintiff has attached to this complaint a copy of the charges filed on 3-30-2020 with the Equal Opportunity Commission.

5. On the date of 5/19/2021, the plaintiff received a Notice of Right to Sue letter issued by the Equal Employment Opportunity Commission; a copy is attached.

6. Because of the plaintiff's: Race, Age and Retaliation,

the defendant has: terminated the plaintiff's employment and blocker her from future employment with the company directly and indirectly

7. When and how the defendant has discriminated against the plaintiff:

Feria Ghambari, on behalf of HPE, subjected me to disparate treatment, harassment, bullying and discrimination by using intimidation, threats, hostility undermining of my work through open

commentary in work meetings and gatherings as well as through electronic communications. After multiple complains made to HPE management and TEKsystems management, no action was taken mitigate, investigate or otherwise. Lastly, I emailed a complain to Lee Robertson, Vice President and supervisor for Ms. Ghambari. Alerting him of her bullying and disparate treatment on 11/14/2019. I also responded to Ms. Ghambari's email the same day. HPE terminated my employment hours after sending the initial emails on 11/14/2019.

8. The plaintiff requests that the defendant be ordered: Pay lost wages through contract end date as published by HPE, March 31, 2020; as well as other damages in the amount of $225,000.00; and that the Court grant other relief, including injunctions, damages, costs and attorney fees.

_____

Sheri L. Washington, Plaintiff

Address: 139 Cypresswood Dr. #133, Spring, Texas 77388

Telephone: 770-362-8684

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

Civil DIVISION

Sheri L. Washington

versus                                                                        CIVIL ACTION NO. _____

Hewlett Packard Enterprise

_____

EMPLOYMENT DISCRIMINATION COMPLAINT

1. This action is brought under Title VII of the Civil Rights Act of 1964 for employment

discrimination. Jurisdiction is conferred by Title 42 United States Code, Section § 2000e-5.

2. The Plaintiff is: Sheri L. Washington

Address: 139 Cypresswood Dr. #133, Spring, TX 77388

County of Residence: Harris

3. The defendant #1 is: Hewlett Packard Enterprise

Address: 11445 Compaq Center West, Houston, TX 77070

Additional defendent: TEKsystems
Address: 2500 CityWest Blvd. #1750, Houston, TX 77042

4. The plaintiff has attached to this complaint a copy of the charges filed on 3-30-2020

with the Equal Opportunity Commission.

5. On the date of 5/19/2021, the plaintiff received a Notice of Right to Sue

letter issued by the Equal Employment Opportunity Commission; a copy is attached.

6. Because of the plaintiff's: Race, Age and Retaliation,

the defendant has: terminated the plaintiff's employment and blocker her from future employment with the company directly and indirectly

7. When and how the defendant has discriminated against the plaintiff:

Feria Ghambari, on behalf of HPE, subjected me to disparate treatment, harassment, bullying and discrimination by using intimidation, threats, hostility undermining of my work through open

commentary in work meetings and gatherings as well as through electronic communications. After multiple complains made to HPE management and TEKsystems management, no action was taken mitigate, investigate or otherwise. Lastly, I emailed a complain to Lee Robertson, Vice President and supervisor for Ms. Ghambari. Alerting him of her bullying and disparate treatment on 11/14/2019. I also responded to Ms. Ghambari's email the same day. HPE terminated my employment hours after sending the initial emails on 11/14/2019.

8. The plaintiff requests that the defendant be ordered: Pay lost wages through contract end date as published by HPE, March 31, 2020; as well as other damages in the amount of $225,000.00; and that the Court grant other relief, including injunctions, damages, costs and attorney fees.

*[signature]*

Sheri L. Washington, Plaintiff

Address: 139 Cypresswood Dr. #133, Spring, Texas 77388

Telephone: 770-362-8684

EEOC Form 161 (11/2020)      **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Sheri Washington<br>139 CYPRESSWOOD DR #133<br>Spring, TX 77388 | From: | Houston District Office<br>Mickey Leland Building<br>1919 Smith Street, 7th Floor<br>Houston, TX 77002 |
|---|---|---|---|

[ ]   *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 460-2020-01901 | DeAnna Brooks-Torres, Investigator | (346) 327-7727 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ]   The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ]   Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ]   The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ]   Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X]   The EEOC issues the following determination: The EEOC will not proceed further with its investigation, and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

[ ]   The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ]   Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

**DEANNA BROOKS TORRES** Digitally signed by DEANNA BROOKS TORRES
Date: 2021.05.19 17:00:19 -05'00'

| Enclosures(s) | Rayford O. Irvin,<br>District Director | *(Date Issued)* |
|---|---|---|

cc:   Lisa Kyser<br>Paralegal<br>HEWLETT PACKARD ENTERPRISE<br>6080 Tennyson Parkway<br>3rd Floor<br>Plano, TX 75024

Lowell Keig, Director<br>Texas Workforce Commission Civil Rights Division<br>101 East 15th St.<br>Room #144T<br>Austin, TX 78778

Enclosure with EEOC
Form 161 (11/2020)

# INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.*
*If you also plan to sue claiming violations of State law, please be aware that time limits and other*
*provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS** -- **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope or record of receipt, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was issued** to you (as indicated where the Notice is signed) or the date of the postmark or record of receipt, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS** -- **Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years) before you file suit** may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 – *not* 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice **and** within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION** -- **Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do **not** relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE** -- **All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months of this Notice**. (Before filing suit, any request should be made within the next 90 days.)

***IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.***

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>[ ] FEPA<br>[X] EEOC | Agency(ies) Charge No(s):<br>460-2020-01901 |
|---|---|---|

Texas Workforce Commission Civil Rights Division                         and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.)<br>**Sheri Washington** | Home Phone (Incl. Area Code)<br>**(770) 362-8684** | Date of Birth<br>**1969** |
|---|---|---|

Street Address                                                City, State and ZIP Code
**139 CYPRESSWOOD DR #133, Spring, TX 77388**

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name<br>**HEWLETT PACKARD ENTERPRISE** | No. Employees, Members<br>**Unknown** | Phone No. (Include Area Code)<br>**(650) 687-5817** |
|---|---|---|

Street Address                                                City, State and ZIP Code
**11445 Compaq Center West, Houston, TX 77070**

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|

Street Address                                                City, State and ZIP Code

DISCRIMINATION BASED ON *(Check appropriate box(es)).*

[X] RACE   [ ] COLOR   [ ] SEX   [ ] RELIGION   [ ] NATIONAL ORIGIN
[X] RETALIATION   [X] AGE   [ ] DISABILITY   [ ] GENETIC INFORMATION
[ ] OTHER *(Specify)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: **04-30-2019**   Latest: **11-14-2019**

[ ] CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I was employed by the above employer from 2/13/2019 until 11/14/2019 when I was terminated. My position was Project Manager.

I was subjected to disparate treatment, harassment and discrimination due to my race (Black) and my age (50) by Feria Ghambari (Middle Eastern Female/40's). I was treated with rudeness, harassment, undermining of my work and hostility on a weekly basis from around 4/2019 through the end of my employment, by Feria Ghambari. I complained to my supervisor Vikram Thakur (Indian/Male/45) numerous times regarding the harassment and bullying and about the racial discrimination. Nothing was done. On or about 11/14/2019, I wrote an email to VP Lee Roberson (White/M/55) regarding the ill treatment by Feria Ghambari, and by end of the same day, I was terminated with no reason given. I was the only African American female there and employees outside of my protected class were being treated better.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

3-30-2020   /s/ Sheri Washington
Date          Charging Party Signature

NOTARY – *When necessary for State and Local Agency Requirements*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
*(month, day, year)*

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>460-2020-01901 |
|---|---|---|

**Texas Workforce Commission Civil Rights Division** and EEOC
*State or local Agency, if any*

**I believe that I have been discriminated and retaliated against, due to my race (Black) and age (50) in violation of Title VII of the Civil Rights Act of 1964, as amended and in violation of the Age Discrimination in Employment Act of 1967, as amended.**

---

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

3-30-2020    [signature]
Date    Charging Party Signature

NOTARY – *When necessary for State and Local Agency Requirements*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

CP Enclosure with EEOC Form 5 (11/09)

**PRIVACY ACT STATEMENT:** Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

1. **FORM NUMBER/TITLE/DATE.** EEOC Form 5, Charge of Discrimination (11/09).

2. **AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

3. **PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

4. **ROUTINE USES.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

5. **WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.** Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, the ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

## NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so <u>within 15 days</u> of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

## NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.

