Case 4:21-cv-02687   Document 3   Filed on 11/29/21 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
November 29, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SHERI L. WASHINGTON, § | |
| § | |
| Plaintiff, § | |
| v. § | |
| HEWLETT PACKARD COMPANY § | CIVIL ACTION NO. H-21-2687 |
| TEKsystems § | |
| § | |
| § | |
| Defendants. § | |

### ORDER OF DISMISSAL

More than 90 days have passed since this case was filed on August 17, 2021. Paragraph 8 of the court's Order for Conference (Docket Entry No. 2) states:

> Fed. R. Civ. P. 4(m) requires defendant(s) to be served within 90 days after the filing of the complaint. <u>The failure of plaintiff(s) to file proof of service within 90 days after the filing of the complaint may result in dismissal of this action by the court on its own initiative without further notice.</u>

The court's file does not reflect the filing of proof of service of summons and complaint on the defendants. Accordingly, this action will be dismissed without prejudice for plaintiff's failure to prosecute pursuant to Fed R. Civ. P. 4(m).

**SIGNED** at Houston, Texas, on this 29th day of November, 2021.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE