United States District Court
Southern District of Texas
**ENTERED**
November 29, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SHERI L. WASHINGTON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-21-2687 |
| | § | |
| HEWLETT PACKARD COMPANY | § | |
| TEKsystems | § | |
| Defendants. | § | |

**FINAL JUDGMENT**

In accordance with the court's Order of Dismissal, this action is hereby **DISMISSED without prejudice.**

This is a **FINAL JUDGMENT**.

The Clerk shall provide a copy of this Final Judgment to the parties.

**SIGNED** at Houston, Texas on this 29th day of November, 2021

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE